

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00604-CR

Shawn L. **SANDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CR-3165
Honorable Lisa Jarrett, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 14, 2026.

_____
Adrian A. Spears II, Justice